STATE OF LOUISIANA                           NO. 19-KA-581

VERSUS                                       FIFTH CIRCUIT

NICKOLOS MARCHIAFAVA                         COURT OF APPEAL

                                             STATE OF LOUISIANA


ON APPEAL FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, STATE OF LOUISIANA
NO. 18-7505, DIVISION "I"
HONORABLE NANCY A. MILLER, JUDGE PRESIDING


July 29, 2020


**STEPHEN J. WINDHORST**
**JUDGE**


Panel composed of Judges Fredericka Homberg Wicker,
Stephen J. Windhorst, and Hans J. Liljeberg


**<u>CONVICTION AFFIRMED</u>**

    **SJW**
    **FHW**
    **HJL**

COUNSEL FOR PLAINTIFF/APPELLEE,
STATE OF LOUISIANA
 Honorable Paul D. Connick, Jr.
 Thomas J. Butler
 Gail D. Schlosser
 Joshua K. Vanderhooft
 Lindsay L. Truhe

COUNSEL FOR DEFENDANT/APPELLANT,
NICKOLOS MARCHIAFAVA
 Jane L. Beebe

**WINDHORST, J.**

Defendant, Nickolos Marchiafava, appeals his conviction and sentence for possession of methamphetamine weighing twenty-eight grams or greater. For the following reasons, we affirm defendant's conviction and sentence.

**Procedural History**

On December 3, 2018, the Jefferson Parish District Attorney filed a bill of information charging defendant, Nickolos Marchiafava, with one count of possession with intent to distribute methamphetamine weighing twenty-eight grams or greater in violation of La. R.S. 40:967(A), which occurred on October 1, 2018 (count one). Defendant was arraigned the same day and pled not guilty. On April 8, 2019, the State filed a superseding bill of information to add a second count of possession with intent to distribute methamphetamine weighing twenty-eight grams or greater in violation of La. R.S. 40:967(A), which occurred on March 12, 2019 (count two). Defendant was re-arraigned on the superseding bill of information that same day and pled not guilty. The two counts were severed on July 16, 2019.

On July 16, 2019, defendant was tried as to count two before a twelve-person jury and was convicted of the lesser offense of possession of methamphetamine weighing twenty-eight grams or greater. On July 29, 2019, the trial court sentenced defendant as to count two to twenty years imprisonment at hard labor. On August 16, 2019, defendant filed a motion to reconsider sentence and a motion for appeal regarding the trial verdict on count two rendered on July 16, 2019, and the sentence imposed on July 29, 2019. The trial court granted the appeal on August 20, 2019 and denied the motion to reconsider on September 16, 2019.

After the appeal was granted, the State filed a multiple offender bill of information alleging defendant to be a third-felony offender using count two as the underlying offense. Defendant was subsequently adjudicated a second-felony offender. The trial court vacated defendant's original sentence and resentenced him

to twenty years imprisonment at hard labor without benefit of probation or suspension of sentence. Defendant appeals his original sentence for count two. Defendant's multiple offender finding and sentence are not before this Court in the present appeal, since they occurred after this appeal was instituted.

**Law and Analysis**

Defendant argues in this appeal that the trial court imposed an excessive sentence. Specifically, defendant argues that the trial court failed to justify the imposed maximum sentence and that imposition of the sentence to run concurrent with the sentence for count one is also unjustified. Defendant asserts that his admission to possessing methamphetamine should mitigate his sentence, not justify the maximum sentence permitted, as well as that his prior criminal history should not have been considered during his original sentencing because it was later used against him in the multiple offender adjudication.

In response, the State asserts that defendant's claim is moot because the original sentence challenged here was imposed on July 29, 2019, and it was subsequently vacated on October 8, 2019, when defendant was resentenced as a multiple offender pursuant to La. R.S. 15:529.1.

The record reflects that the defendant was originally sentenced to twenty years imprisonment at hard labor on July 29, 2019. On August 20, 2019, the trial court granted defendant's motion for appeal. Thereafter, the State filed a multiple offender bill of information against defendant, and on October 8, 2019, defendant was adjudicated a second-felony offender. The trial court vacated defendant's original sentence and resentenced him. Thus, defendant's argument regarding his original sentence is moot, because that sentence has been vacated and is no longer an issue. State v. Riggins, 04-60 (La. App. 5 Cir. 9/28/04), 885 So.2d 42, 43; State v. Bell, 53,163 (La. App. 2 Cir. 1/15/20), 289 So.3d 658, 660.

**Decree**

Accordingly, we affirm defendant's conviction. We do not address defendant's original sentence because it was vacated, and we do not address defendant's sentence pursuant to the multiple bill, which is not before this Court.

**CONVICTION AFFIRMED**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF JUDGMENT AND CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE OPINION IN THE BELOW-NUMBERED MATTER HAS BEEN DELIVERED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 2-16.4 AND 2-16.5** THIS DAY **JULY 29, 2020** TO THE TRIAL JUDGE, CLERK OF COURT, COUNSEL OF RECORD AND ALL PARTIES NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

CURTIS B. PURSELL
CLERK OF COURT

**19-KA-581**

### E-NOTIFIED
24TH JUDICIAL DISTRICT COURT (CLERK)
HONORABLE NANCY A. MILLER (DISTRICT JUDGE)
GAIL D. SCHLOSSER (APPELLEE)      THOMAS J. BUTLER (APPELLEE)      JANE L. BEEBE (APPELLANT)

### MAILED
HONORABLE PAUL D. CONNICK, JR.
(APPELLEE)
DISTRICT ATTORNEY
JOSHUA K. VANDERHOOFT (APPELLEE)
LINDSAY L. TRUHE (APPELLEE)
ASSISTANT DISTRICT ATTORNEYS
TWENTY-FOURTH JUDICIAL DISTRICT
200 DERBIGNY STREET
GRETNA, LA 70053